## 841151 CASE DOCKET BOOK

P1   BAKER , TAMEICA
P2   BAKER , ALRICK
P3   BAKER , ALRICK JR
P4   BAKER , KALILA
P5   EDWARDS , SHUSHANA
P6   BAKER , AJAHNI
P7   BAKER , A SHAWN
D1   AMAZON LOGISTICS INC
D2   AMAZON COM INC
D3   ONTIME CARRIERS LLC
D4   GREAT AMERICAN ASSURANCE COMPANY
D5   MOHAVE TRANSPORTATION INSURANCE COMPANY
D6   KIRKSEY , CYNTHIA
D7   B3 LOGISTICS LLC
D8   DAVIS , BRIAN
D9   LANCER INSURANCE COMPANY
D10  PRIME INSURANCE COMPANY
D11  DAVIS , MICHAEL
D12  AFRIDA , MURZUKA
D13  WALKER , JUSTIN
D14  MOTA , RENEE
D15  WHITE , GERMAINE

| DATE | LIT | DESCRIPTION |
|------|-----|-------------|
| 05/26/2023 📄 | P1 | **FILE PETITION**:FOR DAMAGES |
| 05/26/2023 236WYJ | P1 | **INDEXING FEE** : |
| 05/26/2023 236WYK | P1 | **LEGAL ASSISTANCE PROGRAM – COURT** : |
| 05/26/2023 236WYL | P1 | **LEGAL ASSISTANCE PROGRAM – CLERK**: |
| 05/26/2023 236WYM | P1 | **LA JUDICIAL COLLEGE FUND**: |
| 05/26/2023 236WYN | P1 | **INITIALIZATION FEE** : |
| 05/26/2023 236WYP | P1 | **JUDICIAL EXPENSE FUND** : |
| 05/26/2023 236WYQ | P1 | **JUDGES SUPPLEMENTAL COMPENSATION FUND** : |
| 05/26/2023 236WYR | P1 | **BUILDING FEE FUND** : |
| 05/26/2023 236WYS | P1 | **COURT REPORTER FEE** : |
| 05/26/2023 📄 | P1 | **CIVIL CASE COVER SHEET – LA RS 13:4688**: |
| 05/30/2023 📄 | P1 | **ISSUE CITATION** :PETITION FOR DAMAGES |
| 05/30/2023 236YJ9 | P1 | **CLERK FEE FOR RETURN**:101 ISSUE CITATION |
| 05/30/2023 236YJG | P1 | **CERTIFICATION OF COPY** :PETITION FOR DAMAGES/ SERVICE |
| 05/30/2023 236YJH | P1 | **PHOTOCOPY** :PETITION FOR DAMAGES/ SERVICE |
| 05/30/2023 236YMB | P1 | **MAILING CHARGE** :CITATION/ PETITION FOR DAMAGES/ LONG ARM SERVICES/ T RICHARDSON |

**841151 CASE DOCKET BOOK**

| 05/30/2023 📄 | P1 | **ISSUE CITATION** :PETITION FOR DAMAGES |
| 05/30/2023 236YNC | P1 | **CLERK FEE FOR RETURN**:101 ISSUE CITATION |
| 05/30/2023 236YNE | P1 | **CERTIFICATION OF COPY** :PETITION FOR DAMAGES/ SERVICE |
| 05/30/2023 236YNF | P1 | **PHOTOCOPY** :PETITION FOR DAMAGES/ SERVICE |
| 05/30/2023 236WY7 | P1 | **DEPOSIT**:JEFFNET DEPOSIT - 027625 RICHARDSON, TIMOTHY R |
| 05/30/2023 236YJA | P1 | **RETURN**:LONG ARM/PROCESS SERVER - ISSUE CITATION **ID:**230530-8423-4 **TO:**AMAZON COM INC **SERVICE:**N/A |
| 05/30/2023 236YJB | P1 | **RETURN**:LONG ARM/PROCESS SERVER - ISSUE CITATION **ID:**230530-8424-2 **TO:**ONTIME CARRIERS LLC **SERVICE:**N/A |
| 05/30/2023 236YJC | P1 | **RETURN**:LONG ARM/PROCESS SERVER - ISSUE CITATION **ID:**230530-8425-9 **TO:**MOHAVE TRANSPORTATION INSURANCE COMPANY **SERVICE:**N/A |
| 05/30/2023 236YJD | P1 | **RETURN**:LONG ARM/PROCESS SERVER - ISSUE CITATION **ID:**230530-8426-7 **TO:**CYNTHIA KIRKSEY **SERVICE:**N/A |
| 05/30/2023 236YJE | P1 | **RETURN**:LONG ARM/PROCESS SERVER - ISSUE CITATION **ID:**230530-8427-5 **TO:**B3 LOGISTICS LLC **SERVICE:**N/A |
| 05/30/2023 236YJF | P1 | **RETURN**:LONG ARM/PROCESS SERVER - ISSUE CITATION **ID:**230530-8428-3 **TO:**BRIAN DAVIS **SERVICE:**N/A |
| 05/30/2023 23715K | P1 | **CIVIL CASE PROCESSING FEE – JUDICIAL ADMINISTRATOR** |
| 05/30/2023 23715L | P1 | **CIVIL CASE PROCESSING FEE – CLERK** |
| 06/05/2023 📄 | P1 | **ISSUE CITATION** :PETITION FOR DAMAGES |
| 06/05/2023 237DW3 | P1 | **CLERK FEE FOR RETURN**:101 ISSUE CITATION |
| 06/05/2023 237DWC | P1 | **CERTIFICATION OF COPY** :PETITION FOR DAMAGES/ SERVICE |
| 06/05/2023 237DWD | P1 | **PHOTOCOPY** :PETITION FOR DAMAGES / SERVICE |
| 06/05/2023 237DW4 | P1 | **RETURN**:SHERIFF EAST BATON ROUGE PARISH - ISSUE CITATION **ID:**230605-9303-7 **TO:**AMAZON LOGISTICS INC **SERVICE:**N/A |
| 06/05/2023 237DW5 | P1 | **RETURN**:SHERIFF EAST BATON ROUGE PARISH - ISSUE CITATION **ID:**230605-9304-5 **TO:**GREAT AMERICAN ASSURANCE COMPANY **SERVICE:**N/A |
| 06/05/2023 237DW6 | P1 | **RETURN**:SHERIFF EAST BATON ROUGE PARISH - ISSUE CITATION **ID:**230605-9305-2 **TO:**LANCER INSURANCE COMPANY **SERVICE:**N/A |
| 06/05/2023 237DW7 | P1 | **RETURN**:SHERIFF EAST BATON ROUGE PARISH - ISSUE CITATION **ID:**230605-9306-0 **TO:**PRIME INSURANCE COMPANY **SERVICE:**N/A |
| 06/05/2023 237DW8 | P1 | **RETURN**:SHERIFF ORLEANS PARISH (CIVIL) - ISSUE CITATION **ID:**230605-9307-8 **TO:**MURZUKA AFRIDA **SERVICE:**N/A |
| 06/05/2023 237DWA | P1 | **RETURN**:SHERIFF ST TAMMANY PARISH - ISSUE CITATION **ID:**230605-9309-4 **TO:**MICHAEL DAVIS **SERVICE:**N/A |

**841151 CASE DOCKET BOOK**

| 06/05/2023 | 237DWB | P1 | **RETURN**:SHERIFF ST TAMMANY PARISH - ISSUE CITATION **ID:**230605-9310-2<br>**TO:**RENEE MOTA **SERVICE:**N/A |
|---|---|---|---|
| 06/07/2023 | 📄 | P1 | **RETURN**:SHERIFF JEFFERSON PARISH - ISSUE CITATION **ID:**230530-8432-5<br>**TO:**GERMAINE WHITE **SERVICE:**DOMICILIARY 06/01/2023-THRU GINA |
| 06/14/2023 | 📄 | P1 | **RETURN**:SHERIFF ORLEANS PARISH (CIVIL) - ISSUE CITATION **ID:**230605-9308-6<br>**TO:**JUSTIN WALKER **SERVICE:**OTHER 06/12/2023-WORKS ALL KINDS OF HOURS PER LANDLORD |

24TH JUDICIAL DISTRICT COURT
FOR THE PARISH OF JEFFERSON
STATE OF LOUISIANA

NO. 841-151                                          DIVISION  E

TAMEICA BAKER INDIVIDUALLY AND ON BEHALF OF HER DECEASED HUSBAND,
ALRICK BAKER; ALRICK BAKER, JR INDIVIDUALLY AND ON BEHALF OF HIS
DECEASED FATHER ALRICK BAKER.; KALILA BAKER INDIVIDUALLY AND ON
BEHALF OF HER DECEASED FATHER ALRICK BAKER; AND SHUSHANA EDWARDS
ON BEHALF OF THE MINOR CHILDREN AJAHNI BAKER AND A'SHAWN BAKER
INDIVIDUALLY AND ON BEHALF OF THEIR DECEASED FATHER ALRICK BAKER

VS.

AMAZON LOGISTICS, INC; AMAZON.COM.INC; ONTIME CARRIERS, LLC; GREAT
AMERICAN ASSURANCE COMPANY; MOHAVE TRANSPORTATION INSURANCE
COMPANY; CYNTHIA KIRKSEY; B3 LOGISTICS, LLC; BRIAN DAVIS; LANCER
INSURANCE COMPANY; PRIME INSURANCE COMPANY; MICHAEL DAVIS;
MURZUKA AFRIDA; JUSTIN WALKER; RENEE MOTA; and GERMAINE WHITE

FILED: _____

_____
DEPUTY CLERK

**PETITION FOR DAMAGES**

1.

Made petitioner herein is TAMEICA BAKER INDIVIDUALLY AND ON BEHALF OF

HER DECEASED HUSBAND, ALRICK BAKER, a person of the full age of majority and

domiciled in the Parish of Jefferson, State of Louisiana.

2.

Made petitioner herein is ALRICK BAKER, JR INDIVIDUALLY AND ON BEHALF OF

HIS DECEASED FATHER ALRICK BAKER, a person of the full age of majority and domiciled

in the State of Florida.

3.

Made Petitioner herein is KALILA BAKER INDIVIDUALLY AND ON BEHALF OF HER

DECEASED FATHER ALRICK BAKER, a person of the full age of majority and domiciled in the

**PETITION FOR DAMAGES**
Baker v. Amazon, 24ᵗʰ JDC No.
Page - 1 -

24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON



State of Florida.

<div align="center">4.</div>

Made Petitioner herein is KALILA BAKER INDIVIDUALLY AND ON BEHALF OF HER DECEASED FATHER ALRICK BAKER, a person of the full age of majority and domiciled in the State of Florida.

<div align="center">5.</div>

Made Petitioner herein is SHUSHANA EDWARDS ON BEHALF OF THE MINOR CHILDREN AJAHNI BAKER AND A'SHAWN BAKER INDIVIDUALLY AND ON BEHALF OF THEIR DECEASED FATHER ALRICK BAKER, a person of the full age of majority and domiciled in the State of Florida.

<div align="center">6.</div>

Made defendant herein is AMAZON LOGISTICS, INC (AMAZON LOGISTICS), a foreign corporation authorized to do and doing business in the Parish of Jefferson, State of Louisiana.

<div align="center">7.</div>

Made defendant herein is AMAZON.COM, INC. (AMAZON.COM), a foreign corporation authorized to do and doing business in the Parish of Jefferson, State of Louisiana.

<div align="center">8.</div>

AMAZON.COM and AMAZON LOGISTICS are hereinafter referred to as AMAZON.

<div align="center">9.</div>

Made defendant is ONTIME CARRIERS, LLC (ONTIME), a foreign limited liability company authorized to do and doing business in the Parish of Jefferson, State of Louisiana.

24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON

10.

Made defendant herein is GREAT AMERICAN ASSURANCE COMPANY (GREAT AMERICAN), a foreign insurance company authorized to do and doing business in the Parish of Jefferson State of Louisiana.

11.

Made defendant herein is MOHAVE TRANSPORTATION INSURANCE COMPANY (MOHAVE), a foreign insurance company authorized to do and doing business in the Parish of Jefferson, State of Louisiana.

12.

Made defendant herein is CYNTHIA KIRKSEY (KIRKSEY), a person of the full age of majority and domiciled in the State of Alabama.

13

Made defendant herein is B3 LOGISTICS, LLC (B3), a foreign limited liability company authorized to do and doing business in the Parish of Jefferson, State of Louisiana.

14.

Made defendant herein is BRIAN DAVIS (DAVIS), a person of the full age of majority and domiciled in the State of Alabama.

15.

Made defendant herein is PRIME INSURANCE COMPANY (PRIME), a foreign company authorized to do and doing business in the Parish of Jefferson.

16.

24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON

Made defendant herein is LANCER INSURANCE COMPANY (LANCER), a foreign insurance company authorized to do and doing business in the Parish of Jefferson, State of Louisiana.

17.

Made defendant herein is MICHAEL DAVIS (DAVIS) a person of the full age of majority and domiciled in the state of Louisiana.

18.

Made defendant herein is MURZUKA AFRIDA (AFRIDA) a person of the full age of majority and domciled in the State of Louisiana

19.

Made defendant herein is JUSTIN WALKER (WALKER) a person of the full age of majority and domiciled in the State of Louisiana.

20.

Made defendant herein is RENEE MOTA (MOTA) a person of the full age of majority and domiciled in the State of Louisiana.

21.

Made defendant herein is GERMAINE WHITE (WHITE) a person of the full age of majority and domiciled in the State of Louisiana.

22.

Hereinafter, DAVIS, AFRIDA, WALKER, MOTA and WHITE are referred to as AMAZON SUPERVISORS.

24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON

23.

Venue is appropriate in this jurisdiction because the negligence subject matter of this litigation initiated in the Parish of Jefferson and because ALRICK BAKER was domiciled in Jefferson at the time of his death and a claim is being made against his underinsured motorist carrier.

24.

The defendants are indebted onto your petitioners jointly, severally, and in solido for the following reasons to-wit:

25.

On June 4, 2023, B3 and/or DAVIS had a contract with AMAZON to pick up a fully marked and identified trailer owned by AMAZON with AMAZON logos and markings in Jefferson Parish Louisiana and transport the unloaded trailer to Alabama.

26.

Per agreement and in actuality AMAZON had the right to control the work of B3 and/or DAVIS including (1) selection and engagement; (2) payment of wages; (3) power of dismissal; and (4) power of control.

27.

The tractor owned by B3 and/or DAVIS, however, was out of service and hence KIRKSEY and  ONTIME engaged in the pickup of the trailer.

28.

KIRKSEY was driving the vehicle owned by ONTIME.

24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON

29.

KIRKSEY and ONTIME traveled to the loading facility owned and operated by AMAZON.

30.

KIRKSEY and ONTIME arrived in the late evening of June 4 or early Morning of June 5.

31.

AMAZON had care, custody and control over the facility including, but not limited to ingress, egress, loading, unloading, security, transport, transfer, pickup and delivery.

32.

When KIRKSEY and ONTIME arrived, AMAZON allowed, authorized and facilitated KIRKSEY and ONTIME to attach the trailer owned by AMAZON to the tractor owned by ONTIME and operated by KIRSKEY.

33.

The trailer was fully marked with AMAZON logos, trademarks, markings, advertising AMAZON'S business and was being pulled for the benefit, direction, use and furtherance of the business of AMAZON.

34.

KIRKSEY and ONTIME, however, were not the entities contracted to pick up the trailer.

35.

AMAZON allowed an unauthorized entity and individual into the facility and allowed the trailer to leave with KIRKSEY and ONTIME who had no prior authorization, ability or control or contract to transport the trailer.

**PETITION FOR DAMAGES**
Baker v. Amazon, 24ᵗʰ JDC No.
Page - 6 -

JON A. GEGENHEIMER

24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON

36.

The actions of AMAZON were a violation of Louisiana law and also a violation of the policies and procedures of AMAZON.

37.

But for AMAZON Breaching its policies and Louisiana law the trailer would not have left the AMAZON facility with KIRSKEY and ONTIME.

38.

The trailer, did, however, leave and KIRKSEY and ONTIME traveled from Louisiana back to Alabama utilizing Interstate 10.

39.

When KIRKSEY and ONTIME reached at or near mile marker 41 traveling eastbound in or near the city of Biloxi, Mississippi, around 3:47 am KIRSEY was in the left lane in the three lane travel.

40.

KIRKSEY and ONTIME approached a vehicle owned and operated by ALRICK BAKER also traveling eastbound in the middle lane.

41.

KIRKSEY and ONTIME attempted to pass the BAKER vehicle but entered into his lane of travel causing the trailer which was owned by AMAZON to strike the BAKER vehicle.


24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON

42.

The AMAZON trailer became stuck onto the BAKER vehicle and forced both vehicles off

the road, across the right lane and onto the grassy shoulder, striking two trees and causing the Baker

vehicle to become engulfed in flames.

43.

BAKER sustained catastrophic injury including severe burns to almost his entire body.

44.

BAKER was on the scene for a substantial period of time in agonizing and excruciating pain.

45.

He was eventually airlifted to the hospital.

46.

BAKER died on June 6, 2022 from substantial thermal burns.

47.

BAKER was only 39 years of age at the time of his demise.

48.

BAKER is survived by his widow, TAMEICA BAKER; his adult children, ALRICK

BAKER, JR. and KALILA BAKER and two minor children through their mother AJAHNI BAKER

AND A'SHAWN BAKER through their mother SHUSHANA EDWARDS.

49.

Plaintiffs have sustained substantial loss as further indicated below for themselves, for the

24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON

wrongful death and survival action of their father due to the actions and inactions of defendants.

### 50.

AMAZON and had a duty to ensure that those retrieving cargo were authorized, under contract and had permission to remove items from its facility.   This was also a policy and requirement of AMAZON.

### 51.

AMAZON breached this legal duty which such cause was a legal cause and cause in fact of injuries/damages to your petitioners

### 52.

AMAZON committed the following non-exclusive acts of negligence to-wit:

a)   Allowing an individual and entity not authorized to retrieve a trailer;
b)   Failing to have proper security;
c)   Failure to follow proper protocols;
d)   Failure to provide quality control;
e)   Failure to properly supervise employees;
f)   Failure to properly train;
g)   Failing to stop a tractor from leaving a facility without proper clearance;
h)   Failure to conduct clearance checks;
i)   Failure to inspect credentials;
j)   Failure to verify bills of lading and transport documents;
k)   Any and all other acts of negligence which are inherent in these pleadings or which may be proven at trial in derogation of the laws of Parish of Jefferson and the State of Louisiana.

### 53.

But for the actions of AMAZON, the trailer would not have left the facility with KIRSEY and ONTIME and the collision between KIRSEY/ONTIME and BAKER would not have occurred.

### 54.

AMAZON SUPERVISORS had a duty to ensure that employees were trained and supervised

24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON



correctly; instructed on policy and procedure and to prevent unauthorized removal of AMAZON equipment.

### 55.

AMAZON SUPERVISORS breached this duty which such breach was a legal cause and cause in fact of the injuries and damages to Petitioners.

### 56.

AMAZON SUPERVISORS committed the following non-exclusive acts of negligence to-wit:

a) Failure to prevent unauthorized individuals/entities from retrieving AMAZON equipment;
b) Failure to train those working in the facility on proper procedure;
c) Failure to supervise those working in the AMAZON facility;
d) Failure to properly secure the AMAZON facility;
e) Failure to ensure all those working in the AMAZON facility were properly versed on obligations;
f) Personally failing to inspect, secure or otherwise prevent equipment from leaving unauthorized;
g) Personally failing to adhere to their duties as supervisors of AMAZON by creating, implementing and asserting improper polices which led to KIRSKEY and ONTIME'S unauthorized activity;
h) Plaintiffs specifically plead that these individuals had an independent duty and that their actions in breaching that duty was a cause in fact of the injuries to Petitioners
i) But for the individual actions of the AMAZON SUPERVISORS the plaintiffs would not have sustained damages;
j) The AMAZON supervisors were either present at the site when the unauthorized transferred occurred or were in the chain of command and responsible and had control of the release of the trailer to prevent same from occurring;
k) Plaintiffs plead the independent negligence of each of these supervisors separate and apart from their vicarious liability as employees of AMAZON; and
l) Petitioners aver that the AMAZON SUPERVISORS also committed violations of law inherent in these pleadings or which may appear through discovery in violation of law

### 57.

At all material times, the AMAZON SUPERVISORS were direct employees of AMAZON, were conducting the business of AMAZON, were being paid by AMAZON, and were in the furtherance of the business of AMAZON and hence AMAZON is vicariously liable for the actions

24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON

and inactions of the AMAZON SUPERVISORS and petitioners also plead the theory of respondeat

superior.

<div align="center">58.</div>

KIRKSEY and ONTIME had a duty to ensure that they operated a tractor and trailer in a safe

and prudent manner including but not limited to avoiding striking the vehicle operated by BAKER.

<div align="center">59.</div>

KIRKSEY and ONTIME breached this legal duty which such breach was a legal cause and

cause in fact of injuries/damages to your petitioners.

<div align="center">60.</div>

KIRKSEY and ONTIME committed the following non-exclusive acts of negligence to-wit:

a)   Failing to maintain control of a vehicle and/or failing to properly legally operate a
     vehicle;
b)   Operating a vehicle in a careless manner;
c)   Failing to stop a vehicle as required by law;
d)   Driving at an excessive speed under the circumstances which caused a collision
e)   Failing to maintain a safe and proper lookout
f)   Failing to see what she should have seen
g)   Failing to observe the vehicle occupied by BAKER
h)   Failing to exercise reasonable vigilance;
i)   Failing to maintain control of a lane;
j)   Improper merging
k)   Failing to obey the traffic laws
l)   Any and all other acts of negligence which are inherent in these pleadings or which
     may be proven at trial in derogation of law

<div align="center">61.</div>

DAVIS and B3 had a duty to adhere to its agreement with AMAZON to obtain and transport

the trailer from Louisiana.

<div style="text-align: right; writing-mode: vertical">24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON</div>



62.

DAVIS and B3 breached this duty which said breach was a legal cause and a cause in fact of injuries/damages to your petitioners.

63.

DAVIS and B3 committed the following non-exclusive acts of negligence to-wit:

a) Failing to complete a contract
b) Authorizing another person/entity to complete a contract to which it was obligated
c) Failure to supervise the pickup and transportation of the trailer
d) Failure to ensure safe delivery of a trailer
e) Failure to monitor KIRKSEY and ONTIME on pickup and delivery of trailer
f) Creating a situation, along with AMAZON where KIRKSEY and ONTIME obtained a trailer and transported it without authorization
g) Any and all other acts of negligence which are inherent in these pleadings or which may appear at the trial of this matter in derogation of the law

64.

At all material times hereto B3 had the right to control the work of KIRLSEY and ONTIME including (1) selection and engagement; (2) payment of wages; (3) power of dismissal; and (4) power of control.

65.

At all material times hereto B3 and DAVIS were acting in furtherance of the business of AMAZON in acting toward and having KIRSKEY and ONTIME pickup and deliver a trailer owned by AMAZON with the advertisement of those entities on the trailer which caused the collision.

66.

In addition to the independent negligence of AMAZON, plaintiffs specifically plead that AMAZON is vicariously liable for the actions and inactions of B3 and DAVIS and liable under the theory of respondeat superior

24th E-Filed: 05/26/2023 15:05 Div:E Atty:027625 TIMOTHY R RICHARDSON Case: 841151 15:05

67.

At all material times hereto AMAZON had KIRSKEY and ONTIME pulling a trailer owned by AMAZON which contained the logos of AMAZON and is responsible for the action and inactions of KIRSEY and ONTIME.

68.

At all material times hereto KIRSKEY and ONTIME were acting in furtherance of the business of AMAZON in physically transporting a trailer owned by AMAZON and delivering that trailer with the advertisement of those entities on the trailer which caused the collision.

69.

Once AMAZON breached its duties and allowed KIRKSEY and ONTIME to leave the AMAZON yard with its marked trailer, without any load, effectively a traveling billboard and without a contract, without written permission and against protocol, AMAZON became vicariously liable for the action and inactions of KIRKSEY and ONTIME.

70.

AMAZON was clearly obtaining a benefit for itself by transportation of its trailer for advertisement for relocation and for logistical reasons and is responsible for injury sustained to plaintiffs in connection with AMAZON'S business venture and advertisement.

71.

AMAZON owned the facility where the trailer was picked up.  AMAZON had sole and absolute control over that location.  They had control over (1) selection and engagement; (2) payment of wages; (3) power of dismissal; and (4) power of control.

24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON

72.

AMAZON had absolute ability to prevent selection and engagement of ONTIME and KIRKSEY taking the trailer; to prevent payment of wages; to dismiss and terminate the transport by preventing them leaving the facility with the trailer; and complete control over who took the trailer. AMAZON exercised its control in allowing the trailer to leave with KIRKSEY and ONTIME.

73.

AMAZON had no written agreement with ONTIME or KIRSEY limiting the engagement or making them independent contractors and it was the action of AMAZON which set in motion a sequence of events which led to the death of BAKER.

74.

In addition to the independent negligence of AMAZON, Plaintiffs specifically plead that AMAZON are vicariously liable for the actions and inactions of KIRKSEY and ONTIME and liable under the theory of respondeat superior.

75.

B3 and DAVIS had control over the actions and inactions of KIRSKEY and ONTIME in authorizing ONTIME and KIRSEY to pick up the trailer on its behalf.

76.

Petitioners aver that B3 and DAVIS generated a financial and business benefit from KIRKSEY and ONTIME assisting in transportation.

77.

Petitioners also aver that B3 and DAVIS acted as a joint venture, partnership and enterprise

24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON

and hence a single entity both solidarily liable for their actions as a single entity and for which AMAZON is likewise vicariously liable due to AMAZON'S control over the entities.

78.

At all material times hereto, MOHAVE had in full force and effect a policy of liability insurance in favor of AMAZON; KIRKSEY, ONTIME, AMAZON SUPERVISORS, B3 and DAVIS as direct and/or omnibus insureds providing insurance coverage for the actions/inactions of AMAZON; KIRKSEY, ONTIME, B3 and BAKER which enures to the benefit of plaintiff and those similarly situated and as such MOHAVE is made a direct defendant pursuant to the Louisiana Direct Action Statute.

79.

At all material times hereto, LANCER had in full force and effect a policy of liability insurance in favor of AMAZON; KIRSEY, ONTIME, AMAZON SUPERVISORS, B3 and DAVIS as direct and/or omnibus insureds providing insurance coverage for the actions/inactions of AMAZON; KIRSEY, ONTIME, B3 and BAKER which enures to the benefit of plaintiff and those similarly situated and as such LANCER is made a direct defendant pursuant to the Louisiana Direct Action Statute.

80.

LANCER is responsible due to its policy of insurance; for commercial general liability but also because ONTIME and KIRKSEY were operating at the direction and request of DAVIS and B3 and because the vehicle driven by ONTIME and KIRKSEY was a temporary substitute vehicle as DAVIS and B3's vehicle was inoperable.

24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON

81.

At all material times hereto, GREAT AMERICAN had in full force and effect a policy of

liability insurance in favor of AMAZON; KIRKSEY, ONTIME, AMAZON SUPERVISORS, B3

and DAVIS as direct and/or omnibus insureds providing insurance coverage for the actions/inactions

of AMAZON; KIRKSEY, ONTIME, B3 and BAKER which enures to the benefit of plaintiff and

those similarly situated and as such GREAT AMERICAN is made a direct defendant pursuant to the

Louisiana Direct Action Statute.

82.

At all material times hereto, PRIME had in full force and effect a policy of

uninsured/underinsured/medical payments insurance in favor of petitioners in the event that any of

the defendants AMAZON; AMAZON SUPERVISORS; KIRKSEY, ONTIME, B3 or DAVIS was

uninsured/underinsured which enures to the benefit of petitioners and as such PRIME is also made

a direct defendant in that capacity as well, petitioners averring that the defendants are underinsured

in this matter and that they are entitled to additional relief from PRIME for their damages which

exceed any underlying insurance coverage, if any.

83.

As a result of the actions/inactions of defendant, petitioners have been caused to sustain the

following damages including but not limited to damages for the wrongful death AND survival

damages which include their own losses and those sustained by BAKER which enure to them which

include but are not limited to the following:

a) Individual past, present and future pain and suffering
b) BAKER physical pain and suffering
c) Individual mental anguish and anxiety
d) BAKER mental anguish and anxiety
e) BAKER past, present and future loss of earnings
f) BAKER past, present and future loss of earning capacity
g) Funeral expenses



**PETITION FOR DAMAGES**
Hingle v. Lyndon 24th JDC NO.
Page - 16 -

JON A. GEGENHEIMER

24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON

h)  Loss of consortium of father and husband
i)  Loss of service and society
j)  Individual loss of enjoyment of life
k)  BAKER loss of enjoyment of life
l)  Property damage to tractor owned by BAKER
m)  BAKER conscious pain and suffering
n)  Individual loss of financial support
    TOTAL                                                              REASONABLE

84.

WHEREFORE, plaintiffs, TAMEICA BAKER INDIVIDUALLY AND ON BEHALF OF HER

DECEASED HUSBAND, ALRICK BAKER; ALRICK BAKER, JR INDIVIDUALLY AND ON

BEHALF OF HIS DECEASED FATHER ALRICK BAKER.; KALILA BAKER INDIVIDUALLY

AND ON BEHALF OF HER DECEASED FATHER ALRICK BAKER; AND SHUSHANA

EDWARDS ON BEHALF OF THE MINOR CHILDREN AJAHNI BAKER AND A'SHAWN

BAKER  INDIVIDUALLY AND ON BEHALF OF THEIR DECEASED FATHER ALRICK

BAKER pray that:

A)    The defendants herein, AMAZON LOGISTICS, INC; AMAZON.COM.INC; ONTIME

      CARRIERS, LLC; GREAT AMERICAN INSURANCE GROUP; MOHAVE

      TRANSPORTATION INSURANCE COMPANY; CYNTHIA KIRKSEY; B3 LOGISTICS,

      LLC; BRIAN DAVIS; LANCER INSURANCE COMPANY; PRIME INSURANCE

      COMPANY; MICHAEL DAVIS; MURZUKA AFRIDA; JUSTIN WALKER; RENEE

      MOTA; and GERMAINE WHITE be duly cited with a copy of this petition and be required

      to answer same in accordance with the law

B)    After due delays and proceedings had there be judgment herein in favor of plaintiffs,

      TAMEICA BAKER INDIVIDUALLY AND ON BEHALF OF HER DECEASED

      HUSBAND, ALRICK BAKER; ALRICK BAKER, JR INDIVIDUALLY AND ON

      BEHALF OF HIS DECEASED FATHER ALRICK BAKER.; KALILA BAKER

24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON

**PETITION FOR DAMAGES**
Hingle v. Lyndon  24th  JDC NO.
Page - 17 -

INDIVIDUALLY AND ON BEHALF OF HER DECEASED FATHER ALRICK BAKER;

AND SHUSHANA EDWARDS ON BEHALF OF THE MINOR CHILDREN AJAHNI

BAKER AND A'SHAWN BAKER  INDIVIDUALLY AND ON BEHALF OF THEIR

DECEASED FATHER ALRICK BAKER and against Defendants AMAZON LOGISTICS,

INC; AMAZON.COM.INC; ONTIME CARRIERS, LLC; GREAT AMERICAN

INSURANCE GROUP; MOHAVE TRANSPORTATION INSURANCE COMPANY;

CYNTHIA KIRKSEY; B3 LOGISTICS, LLC; BRIAN DAVIS; LANCER INSURANCE

COMPANY; PRIME INSURANCE COMPANY; MICHAEL DAVIS; MURZUKA

AFRIDA; JUSTIN WALKER; RENEE MOTA; and GERMAINE WHITE , jointly,

severally, and in solido for all damages necessary and appropriate in the premises; for

judicial interest from the date of judicial demand; for all costs of these proceedings; and

C)    For all general and equitable relief.

Respectfully submitted:

Timothy Richardson  (#27625)
P.O. Box 310
Madisonville, La 70447
Telephone:  985-302-3021
Fax: 504 335 2275

Physical

422 East Lockwood, 2nd Floor
Covington, La 70433

**PLEASE SERVE:**

AMAZON LOGISTICS, INC;
through its registered agent CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802

PETITION FOR DAMAGES
Mingle v. Lyndon  24th  JDC NO.
- Page - 18 -

24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON

AMAZON.COM.INC;
through Louisiana Long Arm Statute
CEO Doug Herring
410 Terry Ave. North,
Seattle, WA 98109

ONTIME CARRIERS, LLC;
508 Tallapoosa St.
Mobile, Al 36610

GREAT AMERICAN ASSURANCE COMPANY;
Through its registered agent Louisiana Secretary Of State
8585 Archives Ave.
Baton Rouge, LA 70809

MOHAVE TRANSPORTATION INSURANCE COMPANY
through officer James Mahoney
2200 S. 75th Ave.
Phoenix AZ 85043

CYNTHIA KIRKSEY;
via Louisiana Long Arm Statute
608 Frank E Lee Avenue
Mobile, Al 36610

B3 LOGISTICS, LLC;
via Louisiana Long Arm Statute
519 Edison Drive
Prichard, Al 36610

BRIAN DAVIS
through Louisiana Long Arm Statute
519 Edison Drive
Prichard, Al 36610

 LANCER INSURANCE COMPANY;
Through its registered agent Louisiana Secretary Of State
8585 Archives Ave.
Baton Rouge, LA 70809

PRIME INSURANCE COMPANY
Through its registered agent Louisiana Secretary Of State
8585 Archives Ave.
Baton Rouge, LA 70809

MURZUKA AFRIDA;
210 Baronne St Apt 816
New Orleans, LA 70112-1746

24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON

**PETITION FOR DAMAGES**
Hingle v. Lyndon  24th JDC NO.
Page - 19 -

JUSTIN WALKER
1621 Coliseum St
New Orleans, La 70130

MICHAEL DAVIS
12344 Parma Circle
Covington, La 70435

RENEE MOTA;
70404 8th St
Covington, Louisiana, 70433

GERMAINE WHITE
3600 Afton Ln,
Westwego, LA 70094

24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON

PETITION FOR DAMAGES
Hingle v. Lyndon  24th JDC NO.
Page - 20 -

**TIMOTHY RICHARDSON**
**ATTORNEY AT LAW, LLC**
**(A PROFESSIONAL LAW CORPORATION)**
P.O. BOX 310
MADISONVILLE, LOUISIANA 70447

TIMOTHY R. RICHARDSON
Tim@rlgroup-law.com

TELEPHONE: (985) 302-3022
FACSIMILE: (985) 898-0483

May 30, 2023

Clerk of Court
24th Judicial District Court
P.O. Box 10
Gretna, Louisiana   70054

Re:   Tameica Baker, et al v. Amazon Logistics, Inc., et al
Case No. 841-151 "E"

Dear Sirs:

In connection with your recent correspondence, we enclose our firm's checks as follows: $150.00 made payable to the "Louisiana Secretary of State", $121.32 made payable to the "East Baton Rouge Sheriff", $60.00 to the "New Orleans Civil Sheriff" and $75.75 to the "St. Tammany Parish Sheriff" for payment of service fees.   We have enclosed a copy of your email for reference.

Thank you for your courtesies in advance.

With kind regards, I remain

*Rec'd Ue 6/5/23*
*SOS - 150.00 CK# 2820*
*EBRS - 121.32 CK# 2821*

Sincerely,

Susan Passauer
Paralegal to Timothy R. Richardson

SGP/
Enclosure
*OPSO - 60.00 CK# 2822*
*STPSO - 75.75 CK 2823*

**Angela P. Ingraffia**

| | |
|---|---|
| **From:** | Susan Passauer <susan@rlgroup-law.com> |
| **Sent:** | Tuesday, May 30, 2023 12:08 PM |
| **To:** | Angela P. Ingraffia; Tim Richardson |
| **Subject:** | RE: EFile Case: 841151 E |

Received and check being issued.

Susan
*Susan G. Passauer*
*Paralegal to Timothy R. Richardson*
P.O. Box 310
Madisonville, Louisiana  70447
Phone:  985-302-3020
Fax:  985-898-0483
Mobile:  504-451-4943

**From:** Angela P. Ingraffia <aingraffia@jpclerkofcourt.us>
**Sent:** Tuesday, May 30, 2023 9:01 AM
**To:** Tim Richardson <tim@rlgroup-law.com>; Susan Passauer <susan@rlgroup-law.com>
**Subject:** EFile Case: 841151 E

Petition for Damages UF Baker.pdf e-filed on 5/26/2023 3:05:45 PM.

**\*PLEASE REPLY TO THIS EMAIL AND CONFIRM YOU RECEIVED IT\***

IN ORDER TO FULLY PROCESS THE PETITION WE WILL NEED THE FOLLOWING SERVICE CHECKS:

$150.00 FOR THE SECRETARY OF STATE

$121.32 FOR THE EAST BATON ROUGE SHERIFF

$60.00 FOR THE NEW ORLEANS CIVIL SHERIFF

$75.75 FOR THE ST TAMMANY PARISH SHERIFF

THANK YOU,

**Angela P. Ingraffia**
*Deputy Clerk of Court*
*24th JDC Civil New Suits*
*Jefferson Parish Clerk of Court*
Thomas F. Donelon Courthouse
200 Derbigny St. Ste. 2400
Gretna LA 70053
Phone: (504) 364-2967
Fax: (504) 364-3780



Please be advised that any information provided to the Jefferson Parish Clerk of Court may be subject to disclosure under the Louisiana Public Records Law. Information contained in any correspondence, regardless of its source, may be a public record subject to public inspection and reproduction in accordance with the Louisiana Public Records Law, La. Rev. Stat. 44:1 et seq.

1



**LOUISIANA CIVIL CASE REPORTING**
Civil Case Cover Sheet - LA. R.S. 13:4688 and
Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

TAMEICA BAKER                    vs.    AMAZON LOGISTICS, INC

**Court:** 24th Judicial District          **Docket Number:** 841151

**Parish of Filing:** Jefferson          **Filing Date:** 05/26/2023

**Name of Lead Petitioner's Attorney:** TIMOTHY R RICHARDSON

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** 4          **Number of named defendants:** 15

**Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):**

- [x] Auto: Personal Injury
- [ ] Auto: Wrongful Death
- [ ] Asbestos: Property Damage
- [ ] Product Liability
- [ ] Intentional Bodily Injury
- [ ] Intentional Wrongful Death
- [x] Business Tort
- [ ] Defamation
- [ ] Environmental Tort
- [ ] Intellectual Property
- [ ] Legal Malpractice
- [ ] Other Professional Malpractice
- [ ] Maritime
- [ ] Wrongful Death
- [ ] General Negligence

- [ ] Auto: Property Damage
- [ ] Auto: Uninsured Motorist
- [ ] Asbestos: Personal Injury/Death
- [ ] Premise Liability
- [ ] Intentional Property Damage
- [ ] Unfair Business Practice
- [ ] Fraud
- [ ] Professional Negligence
- [ ] Medical Malpractice
- [ ] Toxic Tort
- [ ] Other Tort (describe below)
- [ ] Redhibition
- [ ] Class action (nature of case)
  _____
- [ ] Hurricane Case

**Please briefly describe the nature of the litigation in one sentence of additional detail:**

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name TIMOTHY R RICHARDSON    Signature /s/ TIMOTHY R RICHARDSON

Address P.O. Box 310, Madisonville, LA 70447

Phone number: 9853023022          E-mail address: tim@rlgroup-law.com; Susan@rlgroup-law.com

24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON


(101) CITATION: PETITION FOR DAMAGES;                                230530-8423-4

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

TAMEICA BAKER, INDIVIDUALLY AN ON BEHALF OF
HER DECEASED HUSBAND, ALRICK BAKER, ET AL          Case: 841-151   Div: "E"
   versus                                             P 1 TAMEICA BAKER
AMAZON LOGISTICS INC, ET AL

To:  AMAZON COM INC
AS PER REQUEST:
AMAZON.COM.INC
--THROUGH LOUISIANA  LONG ARM STATUTE--          LA Long Arm
CEO DOUG HERRING
410 TERRY AVE NORTH
SEATTLE WA 98109

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, within THIRTY (30) CALENDAR days after the
return of service hereof, under penalty of default.

This service was requested by attorney TIMOTHY R. RICHARDSON and was issued by the
Clerk of Court on the 30th day of May, 2023.

                               /s/ Karen F Mcevers
                               Karen F Mcevers, Deputy Clerk of Court for
                               Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101)  CITATION: PETITION FOR DAMAGES;                              230530-8423-4

Received:_____   Served:_____   Returned:_____

Service was made:
   ___ Personal              ___ Domicilary _____

Unable to serve:
   ____ Not at this address    ___ Numerous attempts _____ times
   ____ Vacant                ___ Received too late to serve
   ____ Moved                 ___ No longer works at this address
   ____ No such address        ___ Need apartment / building number
   ____ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
                    Deputy Sheriff
Parish of: _____


Imaged 05/30/2023 12:34 - Signed: Deputy Clerk of Court /s/ Karen F Mcevers



(101) CITATION: PETITION FOR DAMAGES;                    230530-8424-2

<div align="center">

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

</div>

TAMEICA BAKER, INDIVIDUALLY AN ON BEHALF OF
HER DECEASED HUSBAND, ALRICK BAKER, ET AL          Case: 841-151    Div: "E"
    versus                              P 1 TAMEICA BAKER
AMAZON LOGISTICS INC, ET AL

To: ONTIME CARRIERS LLC
508 TALLAPOOSA ST
MOBILE AL 36610                                     LA Long Arm

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, within THIRTY (30) CALENDAR days after the
return of service hereof, under penalty of default.

This service was requested by attorney TIMOTHY R. RICHARDSON and was issued by the
Clerk of Court on the 30th day of May, 2023.

                              /s/ Karen F Mcevers
                              Karen F Mcevers, Deputy Clerk of Court for
                              Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES;                    230530-8424-2

Received:_____    Served:_____    Returned:_____

Service was made:
   ___ Personal                  ___ Domiciliary _____

Unable to serve:
   ___ Not at this address        ___ Numerous attempts _____ times
   ___ Vacant                     ___ Received too late to serve
   ___ Moved                      ___ No longer works at this address
   ___ No such address            ___ Need apartment / building number
   ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ # _____
                    Deputy Sheriff
Parish of: _____



Imaged 05/30/2023 12:34 - Signed: Deputy Clerk of Court /s/ Karen F Mcevers




(101) CITATION: PETITION FOR DAMAGES;                    230530-8425-9

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

TAMEICA BAKER, INDIVIDUALLY AN ON BEHALF OF
HER DECEASED HUSBAND, ALRICK BAKER, ET AL        Case: 841-151    Div: "E"
    versus                                        P 1 TAMEICA BAKER
AMAZON LOGISTICS INC, ET AL

To:  MOHAVE TRANSPORTATION INSURANCE
COMPANY
THROUGH
OFFICER JAMES MAHONEY                              LA Long Arm
2200 S 75TH AVE
PHOENIX AZ 85043

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, within THIRTY (30) CALENDAR days after the
return of service hereof, under penalty of default.

This service was requested by attorney TIMOTHY R. RICHARDSON and was issued by the
Clerk of Court on the 30th day of May, 2023.

/s/ Karen F Mcevers
Karen F Mcevers, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES;                    230530-8425-9

Received:_____    Served:_____    Returned:_____

Service was made:
        ___ Personal          ___ Domicilary _____

Unable to serve:
        ___ Not at this address      ___ Numerous attempts _____ times
        ___ Vacant                   ___ Received too late to serve
        ___ Moved                    ___ No longer works at this address
        ___ No such address          ___ Need apartment / building number
        ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ # _____
                        Deputy Sheriff
Parish of: _____


Imaged 05/30/2023 12:34 - Signed: Deputy Clerk of Court /s/ Karen F Mcevers




(101) CITATION: PETITION FOR DAMAGES; 230530-8426-7

### 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA

TAMEICA BAKER, INDIVIDUALLY AN ON BEHALF OF
HER DECEASED HUSBAND, ALRICK BAKER, ET AL     Case: 841-151     Div: "E"
   versus     P 1 TAMEICA BAKER
AMAZON LOGISTICS INC, ET AL

To: CYNTHIA KIRKSEY
-VIA LOUISIANA LONG ARM STATUTE--
608 FRANK E LEE AVENUE     LA Long Arm
MOBILE AL 36610

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, within THIRTY (30) CALENDAR days after the
return of service hereof, under penalty of default.

This service was requested by attorney TIMOTHY R. RICHARDSON and was issued by the
Clerk of Court on the 30th day of May, 2023.

/s/ Karen F Mcevers
Karen F Mcevers, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES; 230530-8426-7

Received:_____ Served:_____ Returned:_____

Service was made:
   ___ Personal    ___ Domicilary _____

Unable to serve:
   ___ Not at this address    ___ Numerous attempts _____ times
   ___ Vacant    ___ Received too late to serve
   ___ Moved    ___ No longer works at this address
   ___ No such address    ___ Need apartment / building number
   ___ Other _____

Service: $_____ Mileage: $_____ Total: $_____

Completed by:_____ #_____
              Deputy Sheriff
Parish of: _____


Imaged 05/30/2023 12:34 - Signed: Deputy Clerk of Court /s/ Karen F Mcevers



(101) CITATION: PETITION FOR DAMAGES;                    230530-8427-5

### 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA

TAMEICA BAKER, INDIVIDUALLY AN ON BEHALF OF
HER DECEASED HUSBAND, ALRICK BAKER, ET AL          Case: 841-151    Div: "E"
   versus                                             P 1 TAMEICA BAKER
AMAZON LOGISTICS INC, ET AL

To:  B3 LOGISTICS LLC
--VIA LOUISIANA LONG ARM STATUTE--
519 EDISON DRIVE                                   LA Long Arm
PRICHARD AL 36610

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, within THIRTY (30) CALENDAR days after the
return of service hereof, under penalty of default.

This service was requested by attorney TIMOTHY R. RICHARDSON and was issued by the
Clerk of Court on the 30th day of May, 2023.

        /s/ Karen F Mcevers
        Karen F Mcevers, Deputy Clerk of Court for
        Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES;                    230530-8427-5

Received:_____  Served:_____  Returned:_____

Service was made:
   ___ Personal          ___ Domicilary _____

Unable to serve:
   ___ Not at this address    ___ Numerous attempts _____ times
   ___ Vacant                ___ Received too late to serve
   ___ Moved                 ___ No longer works at this address
   ___ No such address       ___ Need apartment / building number
   ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ #_____
          Deputy Sheriff
Parish of: _____


Imaged 05/30/2023 12:34 - Signed: Deputy Clerk of Court /s/ Karen F Mcevers





(101) CITATION: PETITION FOR DAMAGES; 230530-8428-3

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

TAMEICA BAKER, INDIVIDUALLY AN ON BEHALF OF
HER DECEASED HUSBAND, ALRICK BAKER, ET AL
   versus
AMAZON LOGISTICS INC, ET AL

Case: 841-151   Div: "E"
P 1 TAMEICA BAKER

To: BRIAN DAVIS
--THROUGH LOUISIANA LONG ARM STATUTE--
519 EDISON DRIVE
PRICHARD AL 36610

LA Long Arm

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, within THIRTY (30) CALENDAR days after the
return of service hereof, under penalty of default.

This service was requested by attorney TIMOTHY R. RICHARDSON and was issued by the
Clerk of Court on the 30th day of May, 2023.

/s/ Karen F Mcevers
Karen F Mcevers, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES; 230530-8428-3

Received:_____ Served:_____ Returned:_____

Service was made:
   ___ Personal   ___ Domicilary _____

Unable to serve:
   ___ Not at this address   ___ Numerous attempts _____ times
   ___ Vacant   ___ Received too late to serve
   ___ Moved   ___ No longer works at this address
   ___ No such address   ___ Need apartment / building number
   ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ #_____
              Deputy Sheriff
Parish of: _____



Imaged 05/30/2023 12:34 - Signed: Deputy Clerk of Court /s/ Karen F Mcevers



(101) CITATION: PETITION FOR DAMAGES;                    230530-8432-5

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

TAMEICA BAKER, INDIVIDUALLY AND ON BEHALF OF
HER DECEASED HUSBAND, ALRICK BAKER, ET AL        Case: 841-151    Div: "E"
        versus                                    P 1 TAMEICA BAKER
AMAZON LOGISTICS INC, ET AL

To: GERMAINE WHITE
3600 AFTON LN
WESTWEGO LA 70094

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, within TWENTY-ONE (21) CALENDAR days after
the service hereof, under penalty of default.

This service was requested by attorney TIMOTHY R. RICHARDSON and was issued by the
Clerk of Court on the 30th day of May, 2023.

/s/ Karen F Mcevers
Karen F Mcevers, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES;                    230530-8432-5

Received:_____  Served:_____  Returned:_____

Service was made:
        ___ Personal          ___ Domicilary _____

Unable to serve:
        ___ Not at this address    ___ Numerous attempts _____ times
        ___ Vacant                 ___ Received too late to serve
        ___ Moved                  ___ No longer works at this address
        ___ No such address        ___ Need apartment / building number
        ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ #_____
                        Deputy Sheriff
Parish of:_____



Imaged 05/30/2023 12:46 - Signed: Deputy Clerk of Court /s/ Karen F Mcevers



(101) CITATION: PETITION FOR DAMAGES;                              230605-9303-7

<div align="center">

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

</div>

TAMEICA BAKER, ALRICK BAKER, ALRICK BAKER JR,
KALILA BAKER, SHUSHANA EDWARDS, AJAHNI
BAKER, A SHAWN BAKER
   versus
AMAZON LOGISTICS INC, AMAZON COM INC, ONTIME
CARRIERS LLC, GREAT AMERICAN ASSURANCE          Case: 841-151     Div: "E"
COMPANY, MOHAVE TRANSPORTATION INSURANCE        P 1 TAMEICA BAKER
COMPANY, CYNTHIA KIRKSEY, B3 LOGICS LLC,
BRIAN DAVIS, LANCER INSURANCE COMPANY,
PRIME INSURANCE COMPANY, MICHAEL DAVIS,
MURZUKA AFRIDA, JUSTIN WALKER, RENEE MOTA,
GERMAINE WHITE

To: AMAZON LOGISTICS INC
THROUGH ITS REGISTERED AGENT
CORPORATION SERVICE COMPANY                     #2821 $121.32 EBR
501 LOUISIANA AVENUE
BATON ROUGE LA 70802

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, **within (21) CALENDAR days after the service
hereof, under penalty of default.**

This service was requested by attorney TIMOTHY R. RICHARDSON and was issued by the
Clerk of Court on the 5th day of June, 2023.

/s/ Donna G. Muscarello
Donna G. Muscarello, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

<div align="center">

_____SERVICE INFORMATION_____

</div>

(101) CITATION: PETITION FOR DAMAGES;                              230605-9303-7

Received:_____  Served:_____  Returned:_____

Service was made:
   ___ Personal      ___ Domiciliary _____

Unable to serve:
   ___ Not at this address    ___ Numerous attempts _____ times
   ___ Vacant               ___ Received too late to serve
   ___ Moved                ___ No longer works at this address
   ___ No such address      ___ Need apartment / building number
   ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
           Deputy Sheriff
Parish of: _____



Imaged 06/05/2023 02:02 - Signed: Deputy Clerk of Court /s/ Donna G. Muscarello



<div align="center">

</div>



(101) CITATION: PETITION FOR DAMAGES;                    230605-9304-5

### 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA

TAMEICA BAKER, ALRICK BAKER, ALRICK BAKER JR,
KALILA BAKER, SHUSHANA EDWARDS, AJAHNI
BAKER, A SHAWN BAKER
    versus
AMAZON LOGISTICS INC, AMAZON COM INC, ONTIME          Case: 841-151    Div: "E"
CARRIERS LLC, GREAT AMERICAN ASSURANCE
COMPANY, MOHAVE TRANSPORTATION INSURANCE             P 1 TAMEICA BAKER
COMPANY, CYNTHIA KIRKSEY, B3 LOGISTICS LLC,
BRIAN DAVIS, LANCER INSURANCE COMPANY,
PRIME INSURANCE COMPANY, MICHAEL DAVIS,
MURZUKA AFRIDA, JUSTIN WALKER, RENEE MOTA,
GERMAINE WHITE

To:  GREAT AMERICAN ASSURANCE COMPANY
THROUGH ITS REGISTERED AGENT
LOUISIANA SECRETARY OF STATE          #2820 $150.00 S/S
8585 ARCHIVES AVENUE                  #2821 $121.32 EBR
BATON ROUGE LA 70809

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, **within (21) CALENDAR days after the service
hereof, under penalty of default.**

This service was requested by attorney TIMOTHY R. RICHARDSON and was issued by the
Clerk of Court on the 5th day of June, 2023.


        /s/ Donna G. Muscarello
        Donna G. Muscarello, Deputy Clerk of Court for
        Jon A. Gegenheimer, Clerk of Court


_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES;                    230605-9304-5

Received:_____   Served:_____   Returned:_____

Service was made:
  ___ Personal          ___ Domiciliary _____

Unable to serve:
  ___ Not at this address    ___ Numerous attempts _____ times
  ___ Vacant                ___ Received too late to serve
  ___ Moved                 ___ No longer works at this address
  ___ No such address       ___ Need apartment / building number
  ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
          Deputy Sheriff
Parish of: _____

Imaged 06/05/2023 02:02 - Signed: Deputy Clerk of Court /s/ Donna G. Muscarello





(101) CITATION: PETITION FOR DAMAGES;                    230605-9305-2

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

TAMEICA BAKER, ALRICK BAKER, ALRICK BAKER JR,
KALILA BAKER, SHUSHANA EDWARDS, AJAHNI
BAKER, A SHAWN BAKER
    versus
AMAZON LOGISTICS INC, AMAZON COM INC, ONTIME          Case: 841-151     Div: "E"
CARRIERS LLC, GREAT AMERICAN ASSURANCE
COMPANY, MOHAVE TRANSPORTATION INSURANCE             P 1 TAMEICA BAKER
COMPANY, CYNTHIA KIRKSEY, B3 LOGISTICS LLC,
BRIAN DAVIS, LANCER INSURANCE COMPANY,
PRIME INSURANCE COMPANY, MICHAEL DAVIS,
MURZUKA AFRIDA, JUSTIN WALKER, RENEE MOTA,
GERMAINE WHITE

To:  LANCER INSURANCE COMPANY
THROUGH ITS REGISTERED AGENT
LOUISIANA SECRETARY OF STATE                         #2820 $150.00 S/S
8585 ARCHIVES AVENUE                                 #2821 $121.32 EBR
BATON ROUGE LA 70809

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, **within (21) CALENDAR days after the service
hereof, under penalty of default.**

This service was requested by attorney TIMOTHY R. RICHARDSON and was issued by the
Clerk of Court on the 5th day of June, 2023.


        /s/ Donna G. Muscarello
        Donna G. Muscarello, Deputy Clerk of Court for
        Jon A. Gegenheimer, Clerk of Court


_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES;                    230605-9305-2

Received:_____   Served:_____   Returned:_____

Service was made:
   ___ Personal          ___ Domiciliary _____

Unable to serve:
   ___ Not at this address    ___ Numerous attempts _____ times
   ___ Vacant                ___ Received too late to serve
   ___ Moved                 ___ No longer works at this address
   ___ No such address        ___ Need apartment / building number
   ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ #_____
              Deputy Sheriff
Parish of: _____

*Imaged 06/05/2023 02:02 - Signed: Deputy Clerk of Court /s/ Donna G. Muscarello*





(101) CITATION: PETITION FOR DAMAGES;                    230605-9306-0

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

TAMEICA BAKER, ALRICK BAKER, ALRICK BAKER JR,
KALILA BAKER, SHUSHANA EDWARDS, AJAHNI
BAKER, A SHAWN BAKER
        versus
AMAZON LOGISTICS INC, AMAZON COM INC, ONTIME          Case: 841-151     Div: "E"
CARRIERS LLC, GREAT AMERICAN ASSURANCE
COMPANY, MOHAVE TRANSPORTATION INSURANCE             P 1 TAMEICA BAKER
COMPANY, CYNTHIA KIRKSEY, B3 LOGISTICS LLC,
BRIAN DAVIS, LANCER INSURANCE COMPANY,
PRIME INSURANCE COMPANY, MICHAEL DAVIS,
MURZUKA AFRIDA, JUSTIN WALKER, RENEE MOTA,
GERMAINE WHITE

To:  PRIME INSURANCE COMPANY
THROUGH ITS REGISTERED AGENT
LOUISIANA SECRETARY OF STATE              #2820 $150.00 S/S
8585 ARCHIVES AVENUE                      #2821 $121.32 EBR
BATON ROUGE LA 70809

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, **within (21) CALENDAR days after the service
hereof, under penalty of default.**

This service was requested by attorney TIMOTHY R. RICHARDSON and was issued by the
Clerk of Court on the 5th day of June, 2023.


                        /s/ Donna G. Muscarello
                        Donna G. Muscarello, Deputy Clerk of Court for
                        Jon A. Gegenheimer, Clerk of Court


_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES;                    230605-9306-0

Received:_____  Served:_____  Returned:_____

Service was made:
        ___ Personal          ___ Domiciliary _____

Unable to serve:
        ___ Not at this address    ___ Numerous attempts _____ times
        ___ Vacant                 ___ Received too late to serve
        ___ Moved                  ___ No longer works at this address
        ___ No such address        ___ Need apartment / building number
        ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
                        Deputy Sheriff
Parish of: _____

Imaged 06/05/2023 02:02 - Signed: Deputy Clerk of Court /s/ Donna G. Muscarello




(101) CITATION: PETITION FOR DAMAGES;                    230605-9307-8

<div align="center">

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

</div>

TAMEICA BAKER, ALRICK BAKER, ALRICK BAKER JR,
KALILA BAKER, SHUSHANA EDWARDS, AJAHNI
BAKER, A SHAWN BAKER
    versus
AMAZON LOGISTICS INC, AMAZON COM INC, ONTIME    Case: 841-151   Div: "E"
CARRIERS LLC, GREAT AMERICAN ASSURANCE     P 1 TAMEICA BAKER
COMPANY, MOHAVE TRANSPORTATION INSURANCE
COMPANY, CYNTHIA KIRKSEY, B3 LOGISTICS LLC,
BRIAN DAVIS, LANCER INSURANCE COMPANY,
PRIME INSURANCE COMPANY, MICHAEL DAVIS,
MURZUKA AFRIDA, JUSTIN WALKER, RENEE MOTA,
GERMAINE WHITE

To: MURZUKA AFRIDA
210 BARONNE ST
APT 816               #2822 $60.00 ORLEANS
NEW ORLEANS LA 70112

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, **within (21) CALENDAR days after the service
hereof, under penalty of default.**

This service was requested by attorney TIMOTHY R. RICHARDSON and was issued by the
Clerk of Court on the 5th day of June, 2023.

                    /s/ Donna G. Muscarello
                    Donna G. Muscarello, Deputy Clerk of Court for
                    Jon A. Gegenheimer, Clerk of Court

<div align="center">

_____SERVICE INFORMATION_____

</div>

(101) CITATION: PETITION FOR DAMAGES;                    230605-9307-8

Received:_____  Served:_____  Returned:_____

Service was made:
    ___ Personal        ___ Domiciliary _____

Unable to serve:
    ___ Not at this address   ___ Numerous attempts _____ times
    ___ Vacant           ___ Received too late to serve
    ___ Moved           ___ No longer works at this address
    ___ No such address     ___ Need apartment / building number
    ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
               Deputy Sheriff
Parish of: _____

Imaged 06/05/2023 02:02 - Signed: Deputy Clerk of Court /s/ Donna G. Muscarello





(101) CITATION: PETITION FOR DAMAGES;                    230605-9308-6

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

TAMEICA BAKER, ALRICK BAKER, ALRICK BAKER JR,
KALILA BAKER, SHUSHANA EDWARDS, AJAHNI
BAKER, A SHAWN BAKER
   versus
AMAZON LOGISTICS INC, AMAZON COM INC, ONTIME          Case: 841-151     Div: "E"
CARRIERS LLC, GREAT AMERICAN ASSURANCE
COMPANY, MOHAVE TRANSPORTATION INSURANCE             P 1 TAMEICA BAKER
COMPANY, CYNTHIA KIRKSEY, B3 LOGISTICS LLC,
BRIAN DAVIS, LANCER INSURANCE COMPANY,
PRIME INSURANCE COMPANY, MICHAEL DAVIS,
MURZUKA AFRIDA, JUSTIN WALKER, RENEE MOTA,
GERMAINE WHITE

To: JUSTIN WALKER
1621 COLISEUM ST                                      #2822 $60.00 ORLEANS
NEW ORLEANS LA 70130

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, **within (21) CALENDAR days after the service
hereof, under penalty of default.**

This service was requested by attorney TIMOTHY R. RICHARDSON and was issued by the
Clerk of Court on the 5th day of June, 2023.

             /s/ Donna G. Muscarello
             Donna G. Muscarello, Deputy Clerk of Court for
             Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES;                    230605-9308-6

Received:_____    Served:_____    Returned:_____

Service was made:
    ___ Personal          ___ Domicilary _____

Unable to serve:
    _____ Not at this address      _____ Numerous attempts _____ times
    _____ Vacant                  _____ Received too late to serve
    _____ Moved                   _____ No longer works at this address
    _____ No such address         _____ Need apartment / building number
    _____ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ # _____
                    Deputy Sheriff

Parish of: _____


Imaged 06/05/2023 02:02 - Signed: Deputy Clerk of Court /s/ Donna G. Muscarello



(101) CITATION: PETITION FOR DAMAGES;                    230605-9309-4

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

TAMEICA BAKER, ALRICK BAKER, ALRICK BAKER JR,
KALILA BAKER, SHUSHANA EDWARDS, AJAHNI
BAKER, A SHAWN BAKER
    versus
AMAZON LOGISTICS INC, AMAZON COM INC, ONTIME       Case: 841-151     Div: "E"
CARRIERS LLC, GREAT AMERICAN ASSURANCE
COMPANY, MOHAVE TRANSPORTATION INSURANCE           P 1 TAMEICA BAKER
COMPANY, CYNTHIA KIRKSEY, B3 LOGISTICS LLC,
BRIAN DAVIS, LANCER INSURANCE COMPANY,
PRIME INSURANCE COMPANY, MICHAEL DAVIS,
MURZUKA AFRIDA, JUSTIN WALKER, RENEE MOTA,
GERMAINE WHITE

To: MICHAEL DAVIS
12344 PARMA CIRCLE                                 #2823 $75.75 ST TAMMANY
COVINGTON LA 70435

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, **within (21) CALENDAR days after the service
hereof, under penalty of default.**

This service was requested by attorney TIMOTHY R. RICHARDSON and was issued by the
Clerk of Court on the 5th day of June, 2023.


/s/ Donna G. Muscarello
Donna G. Muscarello, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court


_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES;                    230605-9309-4

Received:_____   Served:_____   Returned:_____

Service was made:
   ___ Personal           ___ Domiciliary _____

Unable to serve:
   _____ Not at this address   _____ Numerous attempts _____ times
   _____ Vacant               _____ Received too late to serve
   _____ Moved                _____ No longer works at this address
   _____ No such address      _____ Need apartment /  building number
   _____ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____  # _____
             Deputy Sheriff
Parish of: _____



Imaged 06/05/2023 02:02 - Signed: Deputy Clerk of Court /s/ Donna G. Muscarello



(101) CITATION: PETITION FOR DAMAGES;                    230605-9310-2

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

TAMEICA BAKER, ALRICK BAKER, ALRICK BAKER JR,
KALILA BAKER, SHUSHANA EDWARDS, AJAHNI
BAKER, A SHAWN BAKER
      versus
AMAZON LOGISTICS INC, AMAZON COM INC, ONTIME          Case: 841-151     Div: "E"
CARRIERS LLC, GREAT AMERICAN ASSURANCE
COMPANY, MOHAVE TRANSPORTATION INSURANCE             P 1 TAMEICA BAKER
COMPANY, CYNTHIA KIRKSEY, B3 LOGISTICS LLC,
BRIAN DAVIS, LANCER INSURANCE COMPANY,
PRIME INSURANCE COMPANY, MICHAEL DAVIS,
MURZUKA AFRIDA, JUSTIN WALKER, RENEE MOTA,
GERMAINE WHITE

To: RENEE MOTA
70404 8TH ST                                         #2823 $75.75 ST TAMMANY
COVINGTON LA 70433

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, **within (21) CALENDAR days after the service
hereof, under penalty of default.**

This service was requested by attorney TIMOTHY R. RICHARDSON and was issued by the
Clerk of Court on the 5th day of June, 2023.

/s/ Donna G. Muscarello
Donna G. Muscarello, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES;                    230605-9310-2

Received:_____   Served:_____   Returned:_____

Service was made:
    ___ Personal         ___ Domiciliary _____

Unable to serve:
    ___ Not at this address    ___ Numerous attempts _____ times
    ___ Vacant               ___ Received too late to serve
    ___ Moved                ___ No longer works at this address
    ___ No such address      ___ Need apartment / building number
    ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
              Deputy Sheriff
Parish of: _____

Imaged 06/05/2023 02:02 - Signed: Deputy Clerk of Court /s/ Donna G. Muscarello



(101) CITATION: PETITION FOR DAMAGES;                    230530-8432-5

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

TAMEICA BAKER, INDIVIDUALLY AND ON BEHALF OF
HER DECEASED HUSBAND, ALRICK BAKER, ET AL          Case: 841-151   Div: "E"
   versus                                          P 1 TAMEICA BAKER
AMAZON LOGISTICS INC, ET AL

To: GERMAINE WHITE
3600 AFTON LN
WESTWEGO LA 70094                            FILED FOR RECORD 06/07/2023 11:23:16
                                             Courtney T. Boudreaux DY CLERK
                                             JEFFERSON PARISH LA

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, within TWENTY-ONE (21) CALENDAR days after
the service hereof, under penalty of default.

This service was requested by attorney TIMOTHY R. RICHARDSON and was issued by the
Clerk of Court on the 30th day of May, 2023.

                              /s/ Karen F Mcevers
                              Karen F Mcevers, Deputy Clerk of Court for
                              Jon A. Gegenheimer, Clerk of Court

_____ SERVICE INFORMATION _____

(101) CITATION: PETITION FOR DAMAGES;                    230530-8432-5

Received MAY 3 1 2023 Served JUN 0 1 2023 Returned JUN 0 1 2023

Service was made:
___ Personal
                    X Domiciliary

Unable to serve:
___ Not at this address        ___ Numerous attempts ____ times
___ Vacant                     ___ Received too late to serve
___ Moved                      ___ No longer works at this address
___ No such address            ___ Need apartment / building number
___ Other ____

Service: $ 30    Mileage: $ 1    Total: $ 30

Completed by: _____  # _____
                       Deputy Sheriff
Parish of: _____   Dep. C. Longworth #116047
                                          J.P.S.O



FILED FOR RECORD 06/14/2023 11:24:18
Courtney T. Boudreaux DY CLERK
JEFFERSON PARISH LA

(101)  CITATION: PETITION FOR DAMAGES;                    230605-9308-6

### 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA

TAMEICA BAKER, ALRICK BAKER, ALRICK BAKER JR,
KALILA BAKER, SHUSHANA EDWARDS, AJAHNI
BAKER, A SHAWN BAKER
    versus
AMAZON LOGISTICS INC, AMAZON COM INC, ONTIME
CARRIERS LLC, GREAT AMERICAN ASSURANCE          Case: 841-151    Div: "E"
COMPANY, MOHAVE TRANSPORTATION INSURANCE        P 1 TAMEICA BAKER
COMPANY, CYNTHIA KIRKSEY, B3 LOGISTICS LLC,
BRIAN DAVIS, LANCER INSURANCE COMPANY,
PRIME INSURANCE COMPANY, MICHAEL DAVIS,
MURZUKA AFRIDA, JUSTIN WALKER, RENEE MOTA,
GERMAINE WHITE

To: JUSTIN WALKER
1621 COLISEUM ST                          #2822 $60.00 ORLEANS
NEW ORLEANS LA 70130

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, **within (21) CALENDAR days after the service
hereof, under penalty of default.**

This service was requested by attorney TIMOTHY R. RICHARDSON and was issued by the
Clerk of Court on the 5th day of June, 2023.


                        /s/ Donna G. Muscarello
                        Donna G. Muscarello, Deputy Clerk of Court for
                        Jon A. Gegenheimer, Clerk of Court

---

                              SERVICE INFO     (26) 841-151 - Service Date 06/12/2023 Time 11:59 AM
                                      JUSTIN WALKER

(101)  CITATION: PETITION FOR DAMAGES;          Not Served at 1621 COLISEUM ST
                                     Keith Claiborne # 348, Orleans
Received:_____  Served:_____  Returned:_____  Citation & Petition; Serial# 1;
                                      Spoke w/ Landlord. subject lives here, but works at
Service was made:                                Amazon, all kinds of hours
    ___ Personal          ___ Domiciliary _____

Unable to serve:
    ___ Not at this address     ___ Numerous attempts ____ ti
    ___ Vacant                 ___ Received too late to serve
    ___ Moved                  ___ No longer works at this addr
    ___ No such address         ___ Need apartment / building n
    ___ Other                                          Signature

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ #_____
                Deputy Sheriff
Parish of:_____                   RCVD '23JUN14 PM1:59
                                    Orleans Parish Sheriff's Office

26 841-151 / 1 / 9236          Badge # 348

26 / TC



SEAL OF THE
CLERK OF COURT
PARISH OF JEFFERSON
JON A. GEGENHEIMER

                Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

SERVICE COPY / RETURN COPY

(101) CITATION: PETITION FOR DAMAGES;                    230605-9308-6

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

TAMEICA BAKER, ALRICK BAKER, ALRICK BAKER JR,
KALILA BAKER, SHUSHANA EDWARDS, AJAHNI
BAKER, A SHAWN BAKER
    versus
AMAZON LOGISTICS INC, AMAZON COM INC, ONTIME
CARRIERS LLC, GREAT AMERICAN ASSURANCE          Case: 841-151    Div: "E"
COMPANY, MOHAVE TRANSPORTATION INSURANCE        P 1 TAMEICA BAKER
COMPANY, CYNTHIA KIRKSEY, B3 LOGISTICS LLC,
BRIAN DAVIS, LANCER INSURANCE COMPANY,
PRIME INSURANCE COMPANY, MICHAEL DAVIS,
MURZUKA AFRIDA, JUSTIN WALKER, RENEE MOTA,
GERMAINE WHITE

To: JUSTIN WALKER
1621 COLISEUM ST                                #2822 $60.00 ORLEANS
NEW ORLEANS LA 70130

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for
the Parish of Jefferson, State of Louisiana, **within (21) CALENDAR days after the service
hereof, under penalty of default.**

This service was requested by attorney TIMOTHY R. RICHARDSON and was issued by the
Clerk of Court on the 5th day of June, 2023.

/s/ Donna G. Muscarello
Donna G. Muscarello, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____ SERVICE INFORMATION _____

(101) CITATION: PETITION FOR DAMAGES;                    230605-9308-6

Received:_____   Served:_____   Returned:_____

Service was made:
    ___ Personal          ___ Domicilary _____

Unable to serve:
    ___ Not at this address   ___ Numerous attempts _____ times
    ___ Vacant               ___ Received too late to serve
    ___ Moved                ___ No longer works at this address
    ___ No such address      ___ Need apartment / building number
    ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
           Deputy Sheriff
Parish of: _____



Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

06/15/2023 10:57:48 CERTIFIED TRUE COPY - Pg:2 of 22 - Jefferson Parish Clerk of Court - ID:2372533

835

24TH JUDICIAL DISTRICT COURT
FOR THE PARISH OF JEFFERSON
STATE OF LOUISIANA

NO. 841-151                                    DIVISION E

TAMEICA BAKER INDIVIDUALLY AND ON BEHALF OF HER DECEASED HUSBAND,
ALRICK BAKER; ALRICK BAKER, JR INDIVIDUALLY AND ON BEHALF OF HIS
DECEASED FATHER ALRICK BAKER.; KALILA BAKER INDIVIDUALLY AND ON
BEHALF OF HER DECEASED FATHER ALRICK BAKER; AND SHUSHANA EDWARDS
ON BEHALF OF THE MINOR CHILDREN AJAHNI BAKER AND A'SHAWN BAKER
INDIVIDUALLY AND ON BEHALF OF THEIR DECEASED FATHER ALRICK BAKER

VS.

AMAZON LOGISTICS, INC; AMAZON.COM.INC; ONTIME CARRIERS, LLC; GREAT
AMERICAN ASSURANCE COMPANY; MOHAVE TRANSPORTATION INSURANCE
COMPANY; CYNTHIA KIRKSEY; B3 LOGISTICS, LLC; BRIAN DAVIS; LANCER
INSURANCE COMPANY; PRIME INSURANCE COMPANY; MICHAEL DAVIS;
MURZUKA AFRIDA; JUSTIN WALKER; RENEE MOTA; and GERMAINE WHITE

FILED: _____       _____
                                              DEPUTY CLERK

PETITION FOR DAMAGES

1.

Made petitioner herein is TAMEICA BAKER INDIVIDUALLY AND ON BEHALF OF

HER DECEASED HUSBAND, ALRICK BAKER, a person of the full age of majority and

domiciled in the Parish of Jefferson, State of Louisiana.

2.

Made petitioner herein is ALRICK BAKER, JR INDIVIDUALLY AND ON BEHALF OF

HIS DECEASED FATHER ALRICK BAKER, a person of the full age of majority and domiciled

in the State of Florida.

3.

Made Petitioner herein is KALILA BAKER INDIVIDUALLY AND ON BEHALF OF HER

DECEASED FATHER ALRICK BAKER, a person of the full age of majority and domiciled in the

PETITION FOR DAMAGES
Baker v. Amazon, 24ᵗʰ JDC No.
Page - 1 -

<div style="writing-mode: vertical">24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON</div>



06/05/2023 13:36:49 CERTIFIED TRUE COPY - Pg:1 of 22 - Jefferson Parish Clerk of Court - ID:2367260

06/15/2023 10:57:48 CERTIFIED TRUE COPY - Pg:3 of 22 - Jefferson Parish Clerk of Court - ID:2372533

State of Florida.

4.

Made Petitioner herein is KALILA BAKER INDIVIDUALLY AND ON BEHALF OF HER DECEASED FATHER ALRICK BAKER, a person of the full age of majority and domiciled in the State of Florida.

5.

Made Petitioner herein is SHUSHANA EDWARDS ON BEHALF OF THE MINOR CHILDREN AJAHNI BAKER AND A'SHAWN BAKER INDIVIDUALLY AND ON BEHALF OF THEIR DECEASED FATHER ALRICK BAKER, a person of the full age of majority and domiciled in the State of Florida.

6.

Made defendant herein is AMAZON LOGISTICS, INC (AMAZON LOGISTICS), a foreign corporation authorized to do and doing business in the Parish of Jefferson, State of Louisiana.

7.

Made defendant herein is AMAZON.COM, INC. (AMAZON.COM), a foreign corporation authorized to do and doing business in the Parish of Jefferson, State of Louisiana.

8.

AMAZON.COM and AMAZON LOGISTICS are hereinafter referred to as AMAZON.

9.

Made defendant is ONTIME CARRIERS, LLC (ONTIME), a foreign limited liability company authorized to do and doing business in the Parish of Jefferson, State of Louisiana.

24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON

PETITION FOR DAMAGES
Baker v. Amazon, 24ᵗʰ JDC No.
Page - 2 -

10.

Made defendant herein is GREAT AMERICAN ASSURANCE COMPANY (GREAT AMERICAN), a foreign insurance company authorized to do and doing business in the Parish of Jefferson State of Louisiana.

11.

Made defendant herein is MOHAVE TRANSPORTATION INSURANCE COMPANY (MOHAVE), a foreign insurance company authorized to do and doing business in the Parish of Jefferson, State of Louisiana.

12.

Made defendant herein is CYNTHIA KIRKSEY (KIRKSEY), a person of the full age of majority and domiciled in the State of Alabama.

13

Made defendant herein is B3 LOGISTICS, LLC (B3), a foreign limited liability company authorized to do and doing business in the Parish of Jefferson, State of Louisiana.

14.

Made defendant herein is BRIAN DAVIS (DAVIS), a person of the full age of majority and domiciled in the State of Alabama.

15.

Made defendant herein is PRIME INSURANCE COMPANY (PRIME), a foreign company authorized to do and doing business in the Parish of Jefferson.

16.

PETITION FOR DAMAGES
Baker v. Amazon, 24th JDC No.
Page - 3 -

24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON

Made defendant herein is LANCER INSURANCE COMPANY (LANCER), a foreign insurance company authorized to do and doing business in the Parish of Jefferson, State of Louisiana.

17.

Made defendant herein is MICHAEL DAVIS (DAVIS) a person of the full age of majority and domiciled in the state of Louisiana.

18.

Made defendant herein is MURZUKA AFRIDA (AFRIDA) a person of the full age of majority and domciled in the State of Louisiana

19.

Made defendant herein is JUSTIN WALKER (WALKER) a person of the full age of majority and domiciled in the State of Louisiana.

20.

Made defendant herein is RENEE MOTA (MOTA) a person of the full age of majority and domiciled in the State of Louisiana.

21.

Made defendant herein is GERMAINE WHITE (WHITE) a person of the full age of majority and domiciled in the State of Louisiana.

22.

Hereinafter, DAVIS, AFRIDA, WALKER, MOTA and WHITE are referred to as AMAZON SUPERVISORS.

**PETITION FOR DAMAGES**
Baker v. Amazon, 24ᵗʰ JDC No.
Page - 4 -

24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON

23.

Venue is appropriate in this jurisdiction because the negligence subject matter of this litigation initiated in the Parish of Jefferson and because ALRICK BAKER was domiciled in Jefferson at the time of his death and a claim is being made against his underinsured motorist carrier.

24.

The defendants are indebted onto your petitioners jointly, severally, and in solido for the following reasons to-wit:

25.

On June 4, 2023, B3 and/or DAVIS had a contract with AMAZON to pick up a fully marked and identified trailer owned by AMAZON with AMAZON logos and markings in Jefferson Parish Louisiana and transport the unloaded trailer to Alabama.

26.

Per agreement and in actuality AMAZON had the right to control the work of B3 and/or DAVIS including (1) selection and engagement; (2) payment of wages; (3) power of dismissal; and (4) power of control.

27.

The tractor owned by B3 and/or DAVIS, however, was out of service and hence KIRKSEY and ONTIME engaged in the pickup of the trailer.

28.

KIRKSEY was driving the vehicle owned by ONTIME.

24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON

29.

KIRKSEY and ONTIME traveled to the loading facility owned and operated by AMAZON.

30.

KIRKSEY and ONTIME arrived in the late evening of June 4 or early Morning of June 5.

31.

AMAZON had care, custody and control over the facility including, but not limited to ingress, egress, loading, unloading, security, transport, transfer, pickup and delivery.

32.

When KIRKSEY and ONTIME arrived, AMAZON allowed, authorized and facilitated KIRKSEY and ONTIME to attach the trailer owned by AMAZON to the tractor owned by ONTIME and operated by KIRSKEY.

33.

The trailer was fully marked with AMAZON logos, trademarks, markings, advertising AMAZON'S business and was being pulled for the benefit, direction, use and furtherance of the business of AMAZON.

34.

KIRKSEY and ONTIME, however, were not the entities contracted to pick up the trailer.

35.

AMAZON allowed an unauthorized entity and individual into the facility and allowed the trailer to leave with KIRKSEY and ONTIME who had no prior authorization, ability or control or contract to transport the trailer.

24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON

06/05/2023 13:36:49 CERTIFIED TRUE COPY - Pg:6 of 22 - Jefferson Parish Clerk of Court - ID:2367260

06/15/2023 10:57:48 CERTIFIED TRUE COPY - Pg:8 of 22 - Jefferson Parish Clerk of Court - ID:2372533

36.

The actions of AMAZON were a violation of Louisiana law and also a violation of the policies and procedures of AMAZON.

37.

But for AMAZON Breaching its policies and Louisiana law the trailer would not have left the AMAZON facility with KIRSKEY and ONTIME.

38.

The trailer, did, however, leave and KIRSKEY and ONTIME traveled from Louisiana back to Alabama utilizing Interstate 10.

39.

When KIRKSEY and ONTIME reached at or near mile marker 41 traveling eastbound in or near the city of Biloxi, Mississippi, around 3:47 am KIRSEY was in the left lane in the three lane travel.

40.

KIRKSEY and ONTIME approached a vehicle owned and operated by ALRICK BAKER also traveling eastbound in the middle lane.

41.

KIRKSEY and ONTIME attempted to pass the BAKER vehicle but entered into his lane of travel causing the trailer which was owned by AMAZON to strike the BAKER vehicle.

24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON



PETITION FOR DAMAGES
Baker v. Amazon, 24ᵗʰ JDC No. .
Page - 7 -

42.

The AMAZON trailer became stuck onto the BAKER vehicle and forced both vehicles off the road, across the right lane and onto the grassy shoulder, striking two trees and causing the Baker vehicle to become engulfed in flames.

43.

BAKER sustained catastrophic injury including severe burns to almost his entire body.

44.

BAKER was on the scene for a substantial period of time in agonizing and excruciating pain.

45.

He was eventually airlifted to the hospital.

46.

BAKER died on June 6, 2022 from substantial thermal burns.

47.

BAKER was only 39 years of age at the time of his demise.

48.

BAKER is survived by his widow, TAMEICA BAKER; his adult children, ALRICK BAKER, JR. and KALILA BAKER and two minor children through their mother AJAHNI BAKER AND A'SHAWN BAKER through their mother SHUSHANA EDWARDS.

49.

Plaintiffs have sustained substantial loss as further indicated below for themselves, for the

24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON

PETITION FOR DAMAGES
Baker v. Amazon, 24ᵗʰ JDC No.
Page - 8 -

wrongful death and survival action of their father due to the actions and inactions of defendants.

### 50.

AMAZON and had a duty to ensure that those retrieving cargo were authorized, under contract and had permission to remove items from its facility.   This was also a policy and requirement of AMAZON.

### 51.

AMAZON breached this legal duty which such cause was a legal cause and cause in fact of injuries/damages to your petitioners

### 52.

AMAZON committed the following non-exclusive acts of negligence to-wit:

a)    Allowing an individual and entity not authorized to retrieve a trailer;
b)    Failing to have proper security;
c)    Failure to follow proper protocols;
d)    Failure to provide quality control;
e)    Failure to properly supervise employees;
f)    Failure to properly train;
g)    Failing to stop a tractor from leaving a facility without proper clearance;
h)    Failure to conduct clearance checks;
i)    Failure to inspect credentials;
j)    Failure to verify bills of lading and transport documents;
k)    Any and all other acts of negligence which are inherent in these pleadings or which may be proven at trial in derogation of the laws of Parish of Jefferson and the State of Louisiana.

### 53.

But for the actions of AMAZON, the trailer would not have left the facility with KIRSEY and ONTIME and the collision between KIRSEY/ONTIME and BAKER would not have occurred.

### 54.

AMAZON SUPERVISORS had a duty to ensure that employees were trained and supervised

06/05/2023 13:36:49 CERTIFIED TRUE COPY - Pg:9 of 22 - Jefferson Parish Clerk of Court - ID:2367260

06/15/2023 10:57:48 CERTIFIED TRUE COPY - Pg:11 of 22 - Jefferson Parish Clerk of Court - ID:2372533

24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON

correctly; instructed on policy and procedure and to prevent unauthorized removal of AMAZON

equipment.

55.

AMAZON SUPERVISORS breached this duty which such breach was a legal cause and

cause in fact of the injuries and damages to Petitioners.

56.

AMAZON SUPERVISORS committed the following non-exclusive acts of negligence to-

wit:

a)   Failure to prevent unauthorized individuals/entities from retrieving AMAZON equipment;

b)   Failure to train those working in the facility on proper procedure;

c)   Failure to supervise those working in the AMAZON facility;

d)   Failure to properly secure the AMAZON facility;

e)   Failure to ensure all those working in the AMAZON facility were properly versed on obligations;

f)   Personally failing to inspect, secure or otherwise prevent equipment from leaving unauthorized;

g)   Personally failing to adhere to their duties as supervisors of AMAZON by creating, implementing and asserting improper polices which led to KIRSKEY and ONTIME'S unauthorized activity;

h)   Plaintiffs specifically plead that these individuals had an independent duty and that their actions in breaching that duty was a cause in fact of the injuries to Petitioners

i)   But for the individual actions of the AMAZON SUPERVISORS the plaintiffs would not have sustained damages;

j)   The AMAZON supervisors were either present at the site when the unauthorized transferred occurred or were in the chain of command and responsible and had control of the release of the trailer to prevent same from occurring;

k)   Plaintiffs plead the independent negligence of each of these supervisors separate and apart from their vicarious liability as employees of AMAZON; and

l)   Petitioners aver that the AMAZON SUPERVISORS also committed violations of law inherent in these pleadings or which may appear through discovery in violation of law

57.

At all material times, the AMAZON SUPERVISORS were direct employees of AMAZON,

were conducting the business of AMAZON, were being paid by AMAZON, and were in the

furtherance of the business of AMAZON and hence AMAZON is vicariously liable for the actions

06/05/2023 13:36:49 CERTIFIED TRUE COPY - Pg:10 of 22 - Jefferson Parish Clerk of Court - ID:2367260

06/15/2023 10:57:48 CERTIFIED TRUE COPY - Pg:12 of 22 - Jefferson Parish Clerk of Court - ID:2372533

24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027825 TIMOTHY R RICHARDSON

and inactions of the AMAZON SUPERVISORS and petitioners also plead the theory of respondeat superior.

58.

KIRKSEY and ONTIME had a duty to ensure that they operated a tractor and trailer in a safe and prudent manner including but not limited to avoiding striking the vehicle operated by BAKER.

59.

KIRKSEY and ONTIME breached this legal duty which such breach was a legal cause and cause in fact of injuries/damages to your petitioners.

60.

KIRKSEY and ONTIME committed the following non-exclusive acts of negligence to-wit:

a) Failing to maintain control of a vehicle and/or failing to properly legally operate a vehicle;
b) Operating a vehicle in a careless manner;
c) Failing to stop a vehicle as required by law;
d) Driving at an excessive speed under the circumstances which caused a collision
e) Failing to maintain a safe and proper lookout
f) Failing to see what she should have seen
g) Failing to observe the vehicle occupied by BAKER
h) Failing to exercise reasonable vigilance;
i) Failing to maintain control of a lane;
j) Improper merging
k) Failing to obey the traffic laws
l) Any and all other acts of negligence which are inherent in these pleadings or which may be proven at trial in derogation of law

61.

DAVIS and B3 had a duty to adhere to its agreement with AMAZON to obtain and transport the trailer from Louisiana.

24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON

62.

DAVIS and B3 breached this duty which said breach was a legal cause and a cause in fact of injuries/damages to your petitioners.

63.

DAVIS and B3 committed the following non-exclusive acts of negligence to-wit:

a)   Failing to complete a contract
b)   Authorizing another person/entity to complete a contract to which it was obligated
c)   Failure to supervise the pickup and transportation of the trailer
d)   Failure to ensure safe delivery of a trailer
e)   Failure to monitor KIRKSEY and ONTIME on pickup and delivery of trailer
f)   Creating a situation, along with AMAZON where KIRKSEY and ONTIME obtained a trailer and transported it without authorization
g)   Any and all other acts of negligence which are inherent in these pleadings or which may appear at the trial of this matter in derogation of the law

64.

At all material times hereto B3 had the right to control the work of KIRLSEY and ONTIME including (1) selection and engagement; (2) payment of wages; (3) power of dismissal; and (4) power of control.

65.

At all material times hereto B3 and DAVIS were acting in furtherance of the business of AMAZON in acting toward and having KIRSKEY and ONTIME pickup and deliver a trailer owned by AMAZON with the advertisement of those entities on the trailer which caused the collision.

66.

In addition to the independent negligence of AMAZON, plaintiffs specifically plead that AMAZON is vicariously liable for the actions and inactions of B3 and DAVIS and liable under the theory of respondeat superior

24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON

06/05/2023 13:36:49 CERTIFIED TRUE COPY - Pg:12 of 22 - Jefferson Parish Clerk of Court - ID:2367260

06/15/2023 10:57:48 CERTIFIED TRUE COPY - Pg:14 of 22 - Jefferson Parish Clerk of Court - ID:2372533

67.

At all material times hereto AMAZON had KIRSKEY and ONTIME pulling a trailer owned by AMAZON which contained the logos of AMAZON and is responsible for the action and inactions of KIRSEY and ONTIME.

68.

At all material times hereto KIRSKEY and ONTIME were acting in furtherance of the business of AMAZON in physically transporting a trailer owned by AMAZON and delivering that trailer with the advertisement of those entities on the trailer which caused the collision.

69.

Once AMAZON breached its duties and allowed KIRKSEY and ONTIME to leave the AMAZON yard with its marked trailer, without any load, effectively a traveling billboard and without a contract, without written permission and against protocol, AMAZON became vicariously liable for the action and inactions of KIRKSEY and ONTIME.

70.

AMAZON was clearly obtaining a benefit for itself by transportation of its trailer for advertisement for relocation and for logistical reasons and is responsible for injury sustained to plaintiffs in connection with AMAZON'S business venture and advertisement.

71.

AMAZON owned the facility where the trailer was picked up. AMAZON had sole and absolute control over that location. They had control over (1) selection and engagement; (2) payment of wages; (3) power of dismissal; and (4) power of control.

24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON

72.

AMAZON had absolute ability to prevent selection and engagement of ONTIME and KIRKSEY taking the trailer; to prevent payment of wages; to dismiss and terminate the transport by preventing them leaving the facility with the trailer; and complete control over who took the trailer. AMAZON exercised its control in allowing the trailer to leave with KIRKSEY and ONTIME.

73.

AMAZON had no written agreement with ONTIME or KIRSEY limiting the engagement or making them independent contractors and it was the action of AMAZON which set in motion a sequence of events which led to the death of BAKER.

74.

In addition to the independent negligence of AMAZON, Plaintiffs specifically plead that AMAZON are vicariously liable for the actions and inactions of KIRKSEY and ONTIME and liable under the theory of respondeat superior.

75.

B3 and DAVIS had control over the actions and inactions of KIRKSEY and ONTIME in authorizing ONTIME and KIRSEY to pick up the trailer on its behalf.

76.

Petitioners aver that B3 and DAVIS generated a financial and business benefit from KIRKSEY and ONTIME assisting in transportation.

77.

Petitioners also aver that B3 and DAVIS acted as a joint venture, partnership and enterprise

06/05/2023 13:36:49 CERTIFIED TRUE COPY - Pg:14 of 22 - Jefferson Parish Clerk of Court - ID:2367260

06/15/2023 10:57:48 CERTIFIED TRUE COPY - Pg:16 of 22 - Jefferson Parish Clerk of Court - ID:2372533

24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON

and hence a single entity both solidarily liable for their actions as a single entity and for which AMAZON is likewise vicariously liable due to AMAZON'S control over the entities.

78.

At all material times hereto, MOHAVE had in full force and effect a policy of liability insurance in favor of AMAZON; KIRKSEY, ONTIME, AMAZON SUPERVISORS, B3 and DAVIS as direct and/or omnibus insureds providing insurance coverage for the actions/inactions of AMAZON; KIRKSEY, ONTIME, B3 and BAKER which enures to the benefit of plaintiff and those similarly situated and as such MOHAVE is made a direct defendant pursuant to the Louisiana Direct Action Statute.

79.

At all material times hereto, LANCER had in full force and effect a policy of liability insurance in favor of AMAZON; KIRSEY, ONTIME, AMAZON SUPERVISORS, B3 and DAVIS as direct and/or omnibus insureds providing insurance coverage for the actions/inactions of AMAZON; KIRSEY, ONTIME, B3 and BAKER which enures to the benefit of plaintiff and those similarly situated and as such LANCER is made a direct defendant pursuant to the Louisiana Direct Action Statute.

80.

LANCER is responsible due to its policy of insurance; for commercial general liability but also because ONTIME and KIRKSEY were operating at the direction and request of DAVIS and B3 and because the vehicle driven by ONTIME and KIRKSEY was a temporary substitute vehicle as DAVIS and B3's vehicle was inoperable.

PETITION FOR DAMAGES
Hingle v. Lyndon 24ᵗʰ JDC NO.
Page - 15 -

06/05/2023 13:36:49 CERTIFIED TRUE COPY - Pg:15 of 22 - Jefferson Parish Clerk of Court - ID:2367260

06/15/2023 10:57:48 CERTIFIED TRUE COPY - Pg:17 of 22 - Jefferson Parish Clerk of Court - ID:2372533

24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON

81.

At all material times hereto, GREAT AMERICAN had in full force and effect a policy of liability insurance in favor of AMAZON; KIRKSEY, ONTIME, AMAZON SUPERVISORS, B3 and DAVIS as direct and/or omnibus insureds providing insurance coverage for the actions/inactions of AMAZON; KIRKSEY, ONTIME, B3 and BAKER which enures to the benefit of plaintiff and those similarly situated and as such GREAT AMERICAN is made a direct defendant pursuant to the Louisiana Direct Action Statute.

82.

At all material times hereto, PRIME had in full force and effect a policy of uninsured/underinsured/medical payments insurance in favor of petitioners in the event that any of the defendants AMAZON; AMAZON SUPERVISORS; KIRKSEY, ONTIME, B3 or DAVIS was uninsured/underinsured which enures to the benefit of petitioners and as such PRIME is also made a direct defendant in that capacity as well, petitioners averring that the defendants are underinsured in this matter and that they are entitled to additional relief from PRIME for their damages which exceed any underlying insurance coverage, if any.

83.

As a result of the actions/inactions of defendant, petitioners have been caused to sustain the following damages including but not limited to damages for the wrongful death AND survival damages which include their own losses and those sustained by BAKER which enure to them which include but are not limited to the following:

a)   Individual past, present and future pain and suffering
b)   BAKER physical pain and suffering
c)   Individual mental anguish and anxiety
d)   BAKER mental anguish and anxiety
e)   BAKER past, present and future loss of earnings
f)   BAKER past, present and future loss of earning capacity
g)   Funeral expenses

PETITION FOR DAMAGES
Hingle v. Lyndon 24th JDC NO.
Page - 16 -

24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON

06/05/2023 13:36:49 CERTIFIED TRUE COPY - Pg:16 of 22 - Jefferson Parish Clerk of Court - ID:2367260

06/15/2023 10:57:48 CERTIFIED TRUE COPY - Pg:18 of 22 - Jefferson Parish Clerk of Court - ID:2372533

h)  Loss of consortium of father and husband
i)  Loss of service and society
j)  Individual loss of enjoyment of life
k)  BAKER loss of enjoyment of life
l)  Property damage to tractor owned by BAKER
m)  BAKER conscious pain and suffering
n)  Individual loss of financial support
    TOTAL                                              REASONABLE

84.

WHEREFORE, plaintiffs, TAMEICA BAKER INDIVIDUALLY AND ON BEHALF OF HER

DECEASED HUSBAND, ALRICK BAKER; ALRICK BAKER, JR INDIVIDUALLY AND ON

BEHALF OF HIS DECEASED FATHER ALRICK BAKER.; KALILA BAKER INDIVIDUALLY

AND ON BEHALF OF HER DECEASED FATHER ALRICK BAKER; AND SHUSHANA

EDWARDS ON BEHALF OF THE MINOR CHILDREN AJAHNI BAKER AND A'SHAWN

BAKER  INDIVIDUALLY AND ON BEHALF OF THEIR DECEASED FATHER ALRICK

BAKER pray that:

A)  The defendants herein, AMAZON LOGISTICS, INC; AMAZON.COM.INC; ONTIME

    CARRIERS, LLC; GREAT AMERICAN INSURANCE GROUP; MOHAVE

    TRANSPORTATION INSURANCE COMPANY; CYNTHIA KIRKSEY; B3 LOGISTICS,

    LLC; BRIAN DAVIS; LANCER INSURANCE COMPANY; PRIME INSURANCE

    COMPANY; MICHAEL DAVIS; MURZUKA AFRIDA; JUSTIN WALKER; RENEE

    MOTA; and GERMAINE WHITE be duly cited with a copy of this petition and be required

    to answer same in accordance with the law

B)  After due delays and proceedings had there be judgment herein in favor of plaintiffs,

    TAMEICA BAKER INDIVIDUALLY AND ON BEHALF OF HER DECEASED

    HUSBAND, ALRICK BAKER; ALRICK BAKER, JR INDIVIDUALLY AND ON

    BEHALF OF HIS DECEASED FATHER ALRICK BAKER.; KALILA BAKER

06/05/2023 13:36:49 CERTIFIED TRUE COPY - Pg:17 of 22 - Jefferson Parish Clerk of Court - ID:2367260

06/15/2023 10:57:48 CERTIFIED TRUE COPY - Pg:19 of 22 - Jefferson Parish Clerk of Court - ID:2372533

24th E-Filed 05/26/2023 15:05 Case: 841151 DivcE Atty:027625 TIMOTHY R RICHARDSON

INDIVIDUALLY AND ON BEHALF OF HER DECEASED FATHER ALRICK BAKER;

AND SHUSHANA EDWARDS ON BEHALF OF THE MINOR CHILDREN AJAHNI

BAKER AND A'SHAWN BAKER  INDIVIDUALLY AND ON BEHALF OF THEIR

DECEASED FATHER ALRICK BAKER and against Defendants AMAZON LOGISTICS,

INC; AMAZON.COM.INC; ONTIME CARRIERS, LLC; GREAT AMERICAN

INSURANCE GROUP; MOHAVE TRANSPORTATION INSURANCE COMPANY;

CYNTHIA KIRKSEY; B3 LOGISTICS, LLC; BRIAN DAVIS; LANCER INSURANCE

COMPANY; PRIME INSURANCE COMPANY; MICHAEL DAVIS; MURZUKA

AFRIDA; JUSTIN WALKER; RENEE MOTA; and GERMAINE WHITE , jointly,

severally, and in solido for all damages necessary and appropriate in the premises; for

judicial interest from the date of judicial demand; for all costs of these proceedings; and

C)    For all general and equitable relief.

Respectfully submitted:

Timothy Richardson  (#27625)
P.O. Box 310
Madisonville, La 70447
Telephone: 985-302-3021
Fax: 504 335 2275

Physical

422 East Lockwood, 2nd Floor
Covington, La 70433

PLEASE SERVE:

AMAZON LOGISTICS, INC;
through its registered agent CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802

06/05/2023 13:36:49 CERTIFIED TRUE COPY - Pg:18 of 22 - Jefferson Parish Clerk of Court - ID:2367260

06/15/2023 10:57:48 CERTIFIED TRUE COPY - Pg:20 of 22 - Jefferson Parish Clerk of Court - ID:2372533

24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON

AMAZON.COM.INC;
through Louisiana Long Arm Statute
CEO Doug Herring
410 Terry Ave. North,
Seattle, WA 98109

ONTIME CARRIERS, LLC;
508 Tallapoosa St.
Mobile, Al 36610

GREAT AMERICAN ASSURANCE COMPANY;
Through its registered agent Louisiana Secretary Of State
8585 Archives Ave.
Baton Rouge, LA 70809

MOHAVE TRANSPORTATION INSURANCE COMPANY
through officer James Mahoney
2200 S. 75th Ave.
Phoenix AZ 85043

CYNTHIA KIRKSEY;
via Louisiana Long Arm Statute
608 Frank E Lee Avenue
Mobile, Al 36610

B3 LOGISTICS, LLC;
via Louisiana Long Arm Statute
519 Edison Drive
Prichard, Al 36610

BRIAN DAVIS
through Louisiana Long Arm Statute
519 Edison Drive
Prichard, Al 36610

LANCER INSURANCE COMPANY;
Through its registered agent Louisiana Secretary Of State
8585 Archives Ave.
Baton Rouge, LA 70809

PRIME INSURANCE COMPANY
Through its registered agent Louisiana Secretary Of State
8585 Archives Ave.
Baton Rouge, LA 70809

MURZUKA AFRIDA;
210 Baronne St Apt 816
New Orleans, LA 70112-1746

24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON

PETITION FOR DAMAGES
Hingle v. Lyndon 24th JDC NO.
Page - 19 -

JUSTIN WALKER
1621 Coliseum St
New Orleans, La 70130

MICHAEL DAVIS
12344 Parma Circle
Covington, La 70435

RENEE MOTA;
70404 8th St
Covington, Louisiana, 70433

GERMAINE WHITE
3600 Afton Ln,
Westwego, LA 70094

24th E-Filed: 05/26/2023 15:05 Case: 841151 Div:E Atty:027625 TIMOTHY R RICHARDSON

PETITION FOR DAMAGES
Hingle v. Lyndon 24th JDC NO.
Page - 20 -

06/05/2023 13:36:49 CERTIFIED TRUE COPY - Pg:20 of 22 - Jefferson Parish Clerk of Court - ID:2367260

06/15/2023 10:57:48 CERTIFIED TRUE COPY - Pg:22 of 22 - Jefferson Parish Clerk of Court - ID:2372533